**Julie D. BLUM, Plaintiff–Appellant**

v.

**NATIONAL SECURITY AGENCY, also known as NSA; Office of the Director of National Intelligence, also known as ODNI, Defendants–Appellees.**

No. 10–50542.

United States Court of Appeals, Fifth Circuit.

May 9, 2011.

Chad Flores, Esq., Beck, Redden & Secrest, L.L.P., Houston, TX, pro se.

Julie D. Blum, Austin, TX, pro se.

Benjamin Seth Kingsley, Esq., Thomas Mark Bondy, Esq., U.S. Department of Justice, Washington, DC, Daniel M. Castillo, Assistant U.S. Attorney, U.S. Attorney's Office, Austin, TX, for Defendants–Appellees.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Julie Blum appeals the district court's grant of summary judgment in favor of National Security Agency and Office of the Director of National Intelligence. We have reviewed the briefs, the record, and the applicable law as further explicated by able counsel for the parties at oral argument. In light of this review we affirm the summary judgment for essentially the reasons and reasoning given by the district court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.